# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00127-CV

**Kimberly Minjarez, Appellant**

**v.**

**Tanglewood Forest Limited District; Ron Peterson, Nikki Krueger, and Brian Whelan, each in His or Her Official Capacity as Directors of Tanglewood Forest Limited District, Appellees**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-001675, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kimberly Minjarez filed a notice of appeal from the trial court's order denying her application for temporary injunction. Minjarez filed a status report with this Court informing us that "her interlocutory appeal of the order denying her [a]pplication for [t]emporary [i]njunction . . . is moot" and notifying us of "her voluntary nonsuit of the pending interlocutory appeal." We construe this request as a motion to dismiss the appeal. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) ("[W]e look to the substance of a motion to determine the relief sought, not merely to its title.").

We grant Minjarez's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justice Smith and Theofanis

Dismissed on Appellant's Motion

Filed:   May 31, 2024